**IOWA UTILITIES BOARD,**
**et al., Petitioners,**

v.

**FEDERAL COMMUNICATIONS COMMISSION and United States of America, Respondents.**

Nos. 96–3321, 96–3406, 96–3410, 96–3414, 96–3416, 96–3418, 96–3424, 96–3430, 96–3436, 96–3444, 96–3450, 96–3453, 96–3460, 96–3507, 96–3520, 96–3603, 96–3608, 96–3696, 96–3708, 96–3709, 96–3756, 96–3901, 96–3906 and 96–3982.

United States Court of Appeals, Eighth Circuit.

Aug. 21, 2002.

---

## JUDGMENT

This case pends on remand from the Supreme Court, — U.S. —, 122 S.Ct. 1646, 152 L.Ed.2d 701. Pursuant to the Supreme Court's mandate, it is ordered:

Those portions of this court's judgment of July 18, 2000, which invalidated 47 C.F.R. Section 51.505(b)(1)(the TELRIC rule) and 47 C.F.R. Section 51.315(c)-(f)(the additional combinations rules) are vacated, and the petitions for review of the FCC's First Report and Order with respect to those rules are denied.